OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 18 2015
$ 000.27⁵

11/18/2015
FASELER, MICHAEL COOKS II Tr. Ct. No. 03-CR-2628-1  WR-84,004-01
The Court has dismissed your application for writ of habeas corpus without written
order; the conviction is for a misdemeanor offense. TEX. CODE CRIM. PROC. Art.
11.07, Sec. 1,3.

Abel Acosta, Clerk

RETURN TO SENDER
___ Recipient no longer here
___ Inva     authorized
___ Co           authorized
___ Correspondence not allowed

MICHAEL COOKS FASELER II
#10107855 NUECES COUNTY JAIL
PO BOX 1529
CORPUS CHRISTI, TX 78403

UTF

KCJKS3B 78403